B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
### District of Connecticut

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ultimate Nutrition, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**06-1331756** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**21 Hyde Rd**<br>**Farmington, CT**<br>ZIP Code **06032** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hartford** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Ultimate Nutrition, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Ultimate Nutrition, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X  /s/ Irve J. Goldman**
Signature of Attorney for Debtor(s)

**Irve J. Goldman 02404**
Printed Name of Attorney for Debtor(s)

**Pullman & Comley, LLC**
Firm Name

**850 Main Street**
**8th Floor**
**Bridgeport, CT 06604**

Address

**203-330-2000  Fax: 203-576-8888**
Telephone Number

**December 17, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Brian Rubino**
Signature of Authorized Individual

**Brian Rubino**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**December 17, 2014**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re  **Ultimate Nutrition, Inc.**                                           Case No.
                                                    Debtor(s)                 Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Fonterra**<br>**Attn: Officer, General or Managing Agent**<br>**9525 Bryn Mawr Ave #700**<br>**Des Plaines, IL 60018** | **Fonterra**<br>**Attn: Officer, General or Managing Agent**<br>**9525 Bryn Mawr Ave #700**<br>**Des Plaines, IL 60018** | | | **452,387.70** |
| **Saputo**<br>**Attn: Officer, General or Managing Agent**<br>**One Overlook Point #300**<br>**Lincolnshire, IL 60069** | **Saputo**<br>**Attn: Officer, General or Managing Agent**<br>**One Overlook Point #300**<br>**Lincolnshire, IL 60069** | | | **349,385.63** |
| **Robinson & Cole, LLP**<br>**Attn: Officer, General or Managing Agent**<br>**280 Trumbull Street**<br>**Hartford, CT 06103** | **Robinson & Cole, LLP**<br>**Attn: Officer, General or Managing Agent**<br>**280 Trumbull Street**<br>**Hartford, CT 06103** | | | **326,001.97** |
| **Bactolac Pharmaceutical, Inc**<br>**Attn: Officer, General or Managing Agent**<br>**7 Oser Ave**<br>**Hauppauge, NY 11788** | **Bactolac Pharmaceutical, Inc**<br>**Attn: Officer, General or Managing Agent**<br>**7 Oser Ave**<br>**Hauppauge, NY 11788** | | | **271,777.02** |
| **Shimadzu Scientific Instruments, Inc**<br>**Attn: Officer, General or Managing Agent**<br>**7102 Riverwood Dr**<br>**Columbia, MD 21046** | **Shimadzu Scientific Instruments, Inc**<br>**Attn: Officer, General or Managing Agent**<br>**7102 Riverwood Dr**<br>**Columbia, MD 21046** | | | **229,386.52** |
| **Vyse Gelatin Company**<br>**Attn: Officer, General or Managing Agent**<br>**5010 North Roase Street**<br>**Schiller Park, IL 60176** | **Vyse Gelatin Company**<br>**Attn: Officer, General or Managing Agent**<br>**5010 North Roase Street**<br>**Schiller Park, IL 60176** | | | **180,960.00** |
| **Multi Packaging Solutions**<br>**Attn: Officer, General or Managing Agent**<br>**MPS 75 Remittance Dr #311**<br>**Chicago, IL 60675-3111** | **Multi Packaging Solutions**<br>**Attn: Officer, General or Managing Agent**<br>**MPS 75 Remittance Dr #311**<br>**Chicago, IL 60675-3111** | | | **93,425.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Ultimate Nutrition, Inc.**      Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Pretium Packaging**<br>Attn: Officer, General or Managing Agent<br>15450 S Outer Forty Dr #120<br>Chesterfield, MO 63017 | **Pretium Packaging**<br>Attn: Officer, General or Managing Agent<br>15450 S Outer Forty Dr #120<br>Chesterfield, MO 63017 | | | **85,027.39** |
| **Virginia Dare**<br>882 Third Avenue<br>Brooklyn, NY 11232 | **Virginia Dare**<br>882 Third Avenue<br>Brooklyn, NY 11232 | | | **82,250.00** |
| **ADH Health Products, Inc**<br>Attn: Officer, General or Managing Agent<br>215 North Route 303<br>Congers, NY 10920 | **ADH Health Products, Inc**<br>Attn: Officer, General or Managing Agent<br>215 North Route 303<br>Congers, NY 10920 | | | **68,239.85** |
| **American Media, Inc**<br>Attn: Officer, General or Managing Agent<br>4 New York Plaza<br>New York, NY 10004 | **American Media, Inc**<br>Attn: Officer, General or Managing Agent<br>4 New York Plaza<br>New York, NY 10004 | | | **66,800.00** |
| **Kyowa Hakko USA, Inc**<br>Attn: Officer, General or Managing Agent<br>600 Third Ave, 19th Floor<br>New York, NY 10016 | **Kyowa Hakko USA, Inc**<br>Attn: Officer, General or Managing Agent<br>600 Third Ave, 19th Floor<br>New York, NY 10016 | | | **58,750.00** |
| **Cargill, Inc**<br>Attn: Officer, General or Managing Agent<br>15407 McGinty Rd W, #46<br>Wayzata, MN 55391 | **Cargill, Inc**<br>Attn: Officer, General or Managing Agent<br>15407 McGinty Rd W, #46<br>Wayzata, MN 55391 | | | **57,222.00** |
| **The Hershey Company**<br>Attn: Officer, General or Managing Agent<br>100 Crystal A Drive<br>Hershey, PA 17033 | **The Hershey Company**<br>Attn: Officer, General or Managing Agent<br>100 Crystal A Drive<br>Hershey, PA 17033 | | | **53,613.00** |
| **Crossroad Ingredients**<br>Attn: Officer, General or Managing Agent<br>271 Rt. 46 W Suite H206<br>Fairfield, NJ 07004 | **Crossroad Ingredients**<br>Attn: Officer, General or Managing Agent<br>271 Rt. 46 W Suite H206<br>Fairfield, NJ 07004 | | | **50,400.00** |
| **IPL**<br>Attn: Officer, General or Managing Agent<br>140 Commerciale St<br>Saint-Damien, QUEBEC CANADA G0R 2Y0 | **IPL**<br>Attn: Officer, General or Managing Agent<br>140 Commerciale St<br>CANADA G0R 2Y0 | | | **37,350.85** |

B4 (Official Form 4) (12/07) - Cont.

In re **Ultimate Nutrition, Inc.**          Case No. _____

                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Arnold & Porter LLP<br>Attn: Officer, General or Managing Agent<br>10th Floor<br>Three Embarcadero Center<br>San Francisco, CA 94111 | Arnold & Porter LLP<br>Attn: Officer, General or Managing Agent<br>10th Floor<br>San Francisco, CA 94111 | | | 25,322.00 |
| Fighters Only Limited<br>Attn: Officer, General or Managing Agent<br>Unit 2 Bankside<br>The Watermark<br>Gateshead UNITED KINGDOM NE11 9SY | Fighters Only Limited<br>Attn: Officer, General or Managing Agent<br>Unit 2 Bankside<br>Gateshead UNITED KINGDOM NE11 9SY | | | 20,000.00 |
| Darter Specialties<br>Attn: Officer, General or Managing Agent<br>514 Cornwall Ave<br>Cheshire, CT 06410 | Darter Specialties<br>Attn: Officer, General or Managing Agent<br>514 Cornwall Ave<br>Cheshire, CT 06410 | | | 19,152.00 |
| Fortune Bridge Co, Inc<br>Attn: Officer, General or Managing Agent<br>880 Marconi Ave<br>Ronkonkoma, NY 11779 | Fortune Bridge Co, Inc<br>Attn: Officer, General or Managing Agent<br>880 Marconi Ave<br>Ronkonkoma, NY 11779 | | | 19,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **December 17, 2014**          Signature    **/s/ Brian Rubino**
                                                                       **Brian Rubino**
                                                                       **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
**District of Connecticut**

In re  **Ultimate Nutrition, Inc.**                                                                Case No.
                                          Debtor(s)                                                Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **December 17, 2014**         **/s/ Brian Rubino**
                                     **Brian Rubino**/**President**
                                     Signer/Title

ADH Health Products, Inc
Attn: Officer, General or Managing Agent
215 North Route 303
Congers NY 10920


Air Gas
Attn: Officer, General or Managing Agent
120 Old S Avenue
Stratford CT 06615


Allstar Supply, Inc
Attn: Officer, General or Managing Agent
97 River Rd
Canton CT 06019


American Media, Inc
Attn: Officer, General or Managing Agent
4 New York Plaza
New York NY 10004


Arnold & Porter LLP
Attn: Officer, General or Managing Agent
10th Floor
Three Embarcadero Center
San Francisco CA 94111


Bactolac Pharmaceutical, Inc
Attn: Officer, General or Managing Agent
7 Oser Ave
Hauppauge NY 11788


Best Label Co, Inc
Attn: Officer, General or Managing Agent
13260 Moore St
Cerritos CA 90703


Cargill, Inc
Attn: Officer, General or Managing Agent
15407 McGinty Rd W, #46
Wayzata MN 55391


Covance
Attn: Officer, General or Managing Agent
180 Rustcraft Rd
Dedham MA 02026

```
Crossroad Ingredients
Attn: Officer, General or Managing Agent
271 Rt. 46 W Suite H206
Fairfield NJ 07004


Darter Specialties
Attn: Officer, General or Managing Agent
514 Cornwall Ave
Cheshire CT 06410


Ellison Bakery
Attn: Officer, General or Managing Agent
4108 Ferguson Road
Fort Wayne IN 46809


Exposition Productions, LLC
Attn: Officer, General or Managing Agent
555 East Pamalyn Ave Ste B
Las Vegas NV 89119


Fighters Only Limited
Attn: Officer, General or Managing Agent
Unit 2 Bankside
The Watermark
Gateshead UNITED KINGDOM    NE11 9SY


Flora Research Laboratories
Attn: Officer, General or Managing Agent
100 SE M St, Unit B Grants
Grants Pass OR 97526


Fonterra
Attn: Officer, General or Managing Agent
9525 Bryn Mawr Ave #700
Des Plaines IL 60018


Fortune Bridge Co, Inc
Attn: Officer, General or Managing Agent
880 Marconi Ave
Ronkonkoma NY 11779


Global Pallet Solutions, LLC
Attn: Officer, General or Managing Agent
271 John Downey Drive
New Britain CT 06051
```

Halloran & Sage, LLP
Attn: Officer, General or Managing Agent
225 Asylum St
Hartford CT 06103


IPL
Attn: Officer, General or Managing Agent
140 Commerciale St
Saint-Damien, QUEBEC
CANADA G0R 2Y0


J.M. Huber Corp
Attn: Officer, General or Managing Agent
124C Osigian Blvd
Warner Robins GA 31088


JIAHERB Inc
Attn: Officer, General or Managing Agent
140 Littleton Road
Suite 200
Parsippany NJ 07054


Kyowa Hakko USA, Inc
Attn: Officer, General or Managing Agent
600 Third Ave, 19th Floor
New York NY 10016


Monster Worldwide, Inc
Attn: Officer, General or Managing Agent
7800 W Brown Deer Rd
Suite 200
Milwaukee WI 53223


Multi Packaging Solutions
Attn: Officer, General or Managing Agent
MPS 75 Remittance Dr #311
Chicago IL 60675-3111


Pike Technologies
Attn: Officer, General or Managing Agent
6125 Cottonwood Dr
Trevor WI 53179


Pretium Packaging
Attn: Officer, General or Managing Agent
15450 S Outer Forty Dr #120
Chesterfield MO 63017

```
ProStar, Inc.
Attn: Officer, General or Managing Agent
7 Corporate Avenue
Farmington CT 06032


Robinson & Cole, LLP
Attn: Officer, General or Managing Agent
280 Trumbull Street
Hartford CT 06103


Ronald L. Palumbo, Esq.
Scott DeLaura, Esq.
Palumbo & LeLaura, LLC
528 Chapel St
New Haven CT 06511


Saputo
Attn: Officer, General or Managing Agent
One Overlook Point #300
Lincolnshire IL 60069


Schneider National, Inc.
Attn: Officer, General or Managing Agent
3101 S Packerland Dr
Green Bay WI 54313


Shimadzu Scientific Instruments, Inc
Attn: Officer, General or Managing Agent
7102 Riverwood Dr
Columbia MD 21046


TD Bank, NA
Attn: Officer, General or Managing Agent
One Portland Square
Portland ME 04101


The Hershey Company
Attn: Officer, General or Managing Agent
100 Crystal A Drive
Hershey PA 17033


The Master's Constructions Corp
Attn: Officer, General or Managing Agent
11 West Main St
Avon CT 06001
```

```
Unicorr Packaging Group
Attn: Officer, General or Managing Agent


Virginia Dare
882 Third Avenue
Brooklyn NY 11232


Vyse Gelatin Company
Attn: Officer, General or Managing Agent
5010 North Roase Street
Schiller Park IL 60176


YMC America, Inc
Attn: Officer, General or Managing Agent
941 Marcon Blvd Ste 201
Allentown PA 18109
```

# United States Bankruptcy Court
### District of Connecticut

In re  **Ultimate Nutrition, Inc.**                                                                 Case No.
                                                   Debtor(s)                                        Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Ultimate Nutrition, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **December 17, 2014** | **/s/ Irve J. Goldman** |
| Date | **Irve J. Goldman** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Ultimate Nutrition, Inc.** |
| | **Pullman & Comley, LLC** |
| | **850 Main Street** |
| | **8th Floor** |
| | **Bridgeport, CT 06604** |
| | **203-330-2000 Fax:203-576-8888** |