UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

---

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| ULTIMATE NUTRITION, INC. and ) | Case No. 14-22402 (ASD) |
| PROSTAR, INC, ) | Case No. 14-22403 (ASD) |
| ) | (Jointly Administered) |
| Debtors. ) | |

---

## APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN THE JOINTLY ADMINSTERED CASES OF ULTIMATE NUTRITION, INC. and PROSTAR, INC.

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the following creditors of the above-captioned bankruptcy cases which creditors are among the largest unsecured claimants and have indicated a willingness to serve, are appointed to the committee of unsecured creditors for the jointly administered cases:

**FONTERRA USA INC.**
c/o Mark Piper, Regional Director
9525 W. Bryn Mawr, Suite 700
Rosemont, IL 60018
Telephone: (847) 928-1600
Email: mark.piper@fonterra.com

**BACTOLAC PHARMACEUTICAL INC.**
c/o Renee Reynolds, Chief Financial Officer
7 Oser Avenue
Hauppauge, NY 11788
Telephone: (631) 951-4908
Email: rreynolds@bactolac.com

**THE HERSHEY COMPANY**
c/o Emily Moyer, Senior Credit Analyst
P.O. Box 819
Hershey, PA 17033-0819
Telephone: (717) 534-4566
Email: emoyer@hersheys.com

Dated:   January 5, 2015          Respectfully submitted,
         New Haven, Connecticut
                                  WILLIAM K. HARRINGTON
                                  UNITED STATES TRUSTEE FOR REGION 2

                              By: /s/ *Steven E. Mackey*
                                  Steven E. Mackey/ct09932
                                  Trial Attorney
                                  Office of the United States Trustee
                                  Giaimo Federal Building
                                  150 Court Street, Room 302
                                  New Haven, CT 06510
                                  Telephone: (203)773-2210
                                  Email: kim.mccabe@usdoj.gov